### [ NONAN v. LILLY ]

Daniel Nonan plaint. ag$^t$ Edward Lilly Defendant in an action of the case for not giving the saide Nonan two Suites of apparrell

fit & convenient for such an apprentice & the Summe of ten pounds by the value thereof at the end of the s$^d$ term in such specie of payments are made according to the custom of New-England as will more fully appeare by Jndenture under the hand of s$^d$ Lilley & all other due damages according to attachm$^t$ dat. July 9th 1675. . . . The Jury . . . founde for the plaintife a new Suite of apparrell to the value of Four pounds in mony & ten pounds in currant pay according to the custom of the Country & costs of Court £01: 03: 0.

Execucion issued aug° 6° 1675.